UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MARK S. ANDERSON,

        Plaintiff,                     Case No. 1:06-cv-714

v.                                        Honorable Wendell A. Miles

STATE OF MICHIGAN,

        Defendant.
_____/

### JUDGMENT APPROVING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

      On October 25, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that plaintiff Mark S. Anderson's complaint be dismissed for failure to state a claim. Plaintiff has filed objections to the R & R (docket #9). The court, having reviewed the R & R filed by the United States Magistrate Judge in this action and having reviewed the plaintiff's objections, agrees with the reasoning and recommended disposition contained in the R & R.

      The court therefore approves and adopts the R & R as the decision of the court.

      Entered this 21st day of November, 2006.

                                                      /s/ Wendell A. Miles
                                                    Wendell A. Miles
                                                    Senior U.S. District Judge